```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 17026
   JOHN J CHARLES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5719


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 04/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
NCB SAVINGS BANK            CURRENT MORTG         .00           .00            .00
AMERICAN EXPRESS TRAVEL     UNSECURED         7197.00           .00         287.36
AMERICAN EXPRESS CENTURI    UNSECURED         2817.62           .00         112.51
RESURGENT CAPITAL SERVIC    UNSECURED        18737.00           .00         748.14
ECAST SETTLEMENT CORP       UNSECURED         5175.94           .00         206.66
FDS BANK/BLOOMINGDALES      UNSECURED         2827.25           .00         112.89
HSBC/CARSONS                UNSECURED        NOT FILED          .00            .00
FEDERATED RETAIL HOLDING    UNSECURED          435.39           .00          17.39
LEGAL HELPERS PC            DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN                  TRUSTEE                                         235.05
DEBTOR REFUND               REFUND                                          620.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                4,340.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        1,484.95
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               235.05
DEBTOR REFUND                                      620.00
                       --------------        --------------
TOTALS                 4,340.00                  4,340.00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 17026 JOHN J CHARLES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/03/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 06 B 17026 JOHN J CHARLES